

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: *ablum@cafroesq.com*

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

November 23, 2020

**_Via ECF_**
Hon Edgardo Ramos, USDJ
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   Jimenez v. Bosie LLC et al
        Case No.: 19-cv-11570

Your Honor,

    This firm represents the Plaintiff in the above referenced FLSA matter. We write, jointly with the Defendants, in compliance with the Court's Order dated November 17, 2020. On November 19, 2020, the Defendants responded to the Plaintiffs' demands dated October 7, 2020.

    However, Plaintiffs believe there are numerous issues with the defendants' responses. Due to this, the Parties have agreed to meet and confer on November 25, 2020 at 1:00PM to address these issues. To the extent we are unable resolve the issues, Plaintiff reserves the right to file a motion to compel.

    Moreover, on October 30, 2020, Defendants issued discovery demands to the Plaintiff. Pursuant to the Federal Rules of Civil Procedure, the Plaintiff intends to respond on or before November 30, 2020.

                            Respectfully Submitted,
                            LAW OFFICE OF WILLIAM CAFARO

                            __ _____

                                        By: Amit Kumar, Esq. (AK 0822)
*Attorneys for Plaintiffs*

CC:
All Counsel of Record (via ECF)