UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LEOCADIO JIMENEZ,

       Plaintiff,

  -against-

BOSIE, LLC d/b/a BOSIE TEA PARLOR,
MARIA ARUN TEAS INC., NILESHA
DAWDA, and JESSICA MASSIAS,

       Defendant.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _10/12/2021_

**ORDER**

19 Civ.11570 (ER)

Ramos, D.J.:

  On August 31, 2021, a mediation referral order was entered in this action. In light of the pending mediation, the case management conference scheduled for October 13, 2021 is cancelled. The parties are directed to report to the Court upon the conclusion of mediation.

  It is SO ORDERED.

Dated: October 12, 2021
    New York, New York

                _____
                Edgardo Ramos, U.S.D.J.