UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEOCADIO JIMENEZ,

      Plaintiff,

– *against* –

BOSIE, LLC, d/b/a BOSIE TEA PARLOR, MARIE ARUN TEAS INC. NILESH DAWDA, and JESSICA MASSIAS,

      Defendants.

**ORDER**

19 Civ. 11570 (ER)

RAMOS, D.J.:

  The Court having been advised that mediation was unsuccessful to resolve the claims in this matter, the parties are hereby directed to submit a joint status report by no later than March 10, 2022.

  SO ORDERED.

Dated: March 3, 2022
    New York, New York

                     Edgardo Ramos, U.S.D.J.